B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Sherwood 2828 Tenant, LLC**  
                                      Debtor(s)

Case No. _____  
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Ace Waste Systems, Inc.<br>P.O. Box 77135<br>Baton Rouge, LA 70879 | Ace Waste Systems, Inc.<br>P.O. Box 77135<br>Baton Rouge, LA 70879 | Trade | | 3,626.43 |
| Airgas USA, Inc.<br>P.O. Box 532609<br>Atlanta, GA 30353-2609 | Airgas USA, Inc.<br>P.O. Box 532609<br>Atlanta, GA 30353-2609 | Trade | | 2,611.17 |
| Allied Systems, Inc.<br>11680 South Harrells Ferry<br>Baton Rouge, LA 70816 | Allied Systems, Inc.<br>11680 South Harrells Ferry<br>Baton Rouge, LA 70816 | Trade | | 932.25 |
| American Mobile Medical<br>174 Grant Rd.<br>Opelousas, LA 70570 | American Mobile Medical<br>174 Grant Rd.<br>Opelousas, LA 70570 | Trade | | 27,209.66 |
| Apria Healthcare, Inc.<br>P.O. Box 31001-0942<br>Pasadena, CA 91110 | Apria Healthcare, Inc.<br>P.O. Box 31001-0942<br>Pasadena, CA 91110 | Trade | | 31,514.89 |
| Arcco Company Services, Inc.<br>9424 North Interstate Drive<br>Baton Rouge, LA 70809 | Arcco Company Services, Inc.<br>9424 North Interstate Drive<br>Baton Rouge, LA 70809 | Trade | | 598.75 |
| Armco Electric, Inc.<br>14635 Summers Road<br>Baton Rouge, LA 70818 | Armco Electric, Inc.<br>14635 Summers Road<br>Baton Rouge, LA 70818 | Trade | | 3,586.00 |
| Department of Health & Hospitals<br>P.O. Box 3767<br>Baton Rouge, LA 70821-3767 | Department of Health & Hospitals<br>P.O. Box 3767<br>Baton Rouge, LA 70821-3767 | Trade | | 96,823.36 |
| Dr. Nicholas J. Campo<br>541 Woodgate Blvd.<br>Baton Rouge, LA 70808 | Dr. Nicholas J. Campo<br>541 Woodgate Blvd.<br>Baton Rouge, LA 70808 | Trade | | 2,000.00 |
| Eagle Refrigeration & Mechanical, Inc.<br>3770 Richie Highway, Suite W21<br>Severna Park, MD 21146 | Eagle Refrigeration & Mechanical, Inc.<br>3770 Richie Highway, Suite W21<br>Severna Park, MD 21146 | Trade | | 806.96 |
| Karl Koch<br>121 Watts Street, Suite F<br>Jonesboro, LA 71251 | Karl Koch<br>121 Watts Street, Suite F<br>Jonesboro, LA 71251 | Trade | | 28,967.95 |

B4 (Official Form 4) (12/07) - Cont.
In re   Sherwood 2828 Tenant, LLC                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Louisiana Institute Of Physical Medicine<br>9634 Mammoth Avenue<br>Baton Rouge, LA 70814 | Louisiana Institute Of Physical Medicine<br>9634 Mammoth Avenue<br>Baton Rouge, LA 70814 | Trade | | 3,000.00 |
| Oce Imagistics Inc.<br>P.O. Box 856193<br>Louisville, KY 40285-6193 | Oce Imagistics Inc.<br>P.O. Box 856193<br>Louisville, KY 40285-6193 | Trade | | 2,523.11 |
| Omnicare<br>340 South Cleveland Avenue<br>Building 370 OH1-0471<br>Westerville, OH 43081 | Omnicare<br>340 South Cleveland Avenue<br>Building 370 OH1-0471<br>Westerville, OH 43081 | Trade | | 483,439.00 |
| Our Lady Of The Lake Laboratory<br>Attn: Lake Laboratory Manager<br>5000 Hennessy Blvd.<br>Baton Rouge, LA 70808 | Our Lady Of The Lake Laboratory<br>Attn: Lake Laboratory Manager<br>5000 Hennessy Blvd.<br>Baton Rouge, LA 70808 | Trade | | 13,696.59 |
| Recovercare, LLC<br>895 Central Avenue, Suite 600<br>Cincinnati, OH 45202 | Recovercare, LLC<br>895 Central Avenue, Suite 600<br>Cincinnati, OH 45202 | Trade | | 51,010.82 |
| River City Air Xpress<br>59038 Amber Street<br>Slidell, LA 70461-5334 | River City Air Xpress<br>59038 Amber Street<br>Slidell, LA 70461-5334 | Trade | | 10,058.00 |
| The Baton Rouge Clinic<br>7373 Perkins Road<br>Baton Rouge, LA 70808 | The Baton Rouge Clinic<br>7373 Perkins Road<br>Baton Rouge, LA 70808 | Trade | | 5,583.41 |
| The Sherwin-Williams Company<br>11053 Alpharetta Hwy. A<br>Roswell, GA 30076 | The Sherwin-Williams Company<br>11053 Alpharetta Hwy. A<br>Roswell, GA 30076 | Trade | | 737.93 |
| Tremco, Inc.<br>3735 Green Road<br>Beachwood, OH 44122 | Tremco, Inc.<br>3735 Green Road<br>Beachwood, OH 44122 | Trade | | 1,929.99 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Designated Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   July 15, 2014                              Signature   /s/ Raymond P. Mulry
                                                              Raymond P. Mulry
                                                              Designated Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy